

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-15-00066-CV

Trial Court Cause
Number: 1997-48526

Style: Patrick Olajide Akinwamide

**v.** Transportation Insurance Company, CNA Insurance Company, and Automatic Data Processing Inc.

Date motion filed*: July 28, 2016

Type of motion: Motion to Modify Appellate Judgment

Party filing motion: Appellant

Document to be filed: N/A

Is appeal accelerated? ☐ YES ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
      ☐ Acting individually   ☒ Acting for the Court

Panel consists of   Justices Keyes, Brown, and Huddle

Date: August 11, 2016